**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

    OneWeb Ltd

2. **All other names debtor used in the last 8 years**

    Include any assumed names, trade names, and *doing business as* names

    N/A

3. **Debtor's federal Employer Identification Number** (EIN)

    9 8 – 1 3 8 8 6 6 1

4. **Debtor's address**

    **Principal place of business**

    West Works Building

    195 Wood Lane
    Number    Street

    London, W12 7FQ
    City            State        ZIP Code

    United Kingdom
    Country

    **Mailing address, if different from principal place of business**

    _____
    Number    Street

    _____
    P.O. Box

    _____
    City            State        ZIP Code

    **Location of principal assets, if different from principal place of business**

    _____
    Number    Street

    _____

    _____
    City            State        ZIP Code

5. **Debtor's website** (URL)

    https://www.oneweb.world

Debtor  OneWeb Ltd
_____
Name

Case number (*if known*)_____

6. **Type of debtor**
   - [X] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [X] None of the above

   B. *Check all that apply:*
   - [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
   - [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   5  1  7  4

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - [ ] Chapter 7
   - [ ] Chapter 9
   - [X] Chapter 11. *Check all that apply*:
     - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
     - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - [ ] A plan is being filed with this petition.
     - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - [ ] Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - [X] No
   - [ ] Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY
         District _____ When _____ Case number _____
                                MM / DD / YYYY

Debtor  OneWeb Ltd
      Name

Case number (*if known*)_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor   See Rider 1          Relationship   Affiliate
      District  Southern District of New York    When   Date Hereof
                                                                                                                                          MM / DD / YYYY
      Case number, if known  _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                               Number     Street

_____
_____    _____ _____
City                                                                State ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**
(on a consolidated basis)

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☒ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

Debtor  OneWeb Ltd
        Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **15. Estimated assets** (on a consolidated basis, based on net book value as of 01/31/2020) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** (on a consolidated basis, based on net book value as of 01/31/2020) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/27/2020
            MM / DD / YYYY

✗ /s/ Steven Fay                                Steven Fay
Signature of authorized representative of debtor   Printed name

Title  Authorized Signatory

**18. Signature of attorney**

✗ /s/ Dennis F. Dunne                           Date  03/27/2020
Signature of attorney for debtor                       MM / DD / YYYY

Ö^}}ã̃/ÆÄÖ˘}}^
Printed name
Milbank LLP
Firm name
55 Hudson Yards
Number    Street
New York                                         NY         10001
City                                             State      ZIP Code

212-530-5000                                     ddunne@milbank.com
Contact phone                                    Email address

2414373                                          New York
Bar number                                       State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **4**

# **Rider 1**

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, in the United States Bankruptcy Court for the Southern District of New York. Contemporaneously herewith, the Debtors are filing a motion requesting the joint administration of these chapter 11 cases for procedural purposes only under the case number assigned to OneWeb Global Limited.

| Company |
| --- |
| 1021823 B.C. LTD |
| Network Access Associates Limited |
| OneWeb ApS |
| OneWeb Chile SpA |
| OneWeb Communications Limited |
| OneWeb G.K. |
| OneWeb Global Limited |
| OneWeb Holdings LLC |
| OneWeb Limited |
| OneWeb Ltd |
| OneWeb Network Access Holdings Limited |
| OneWeb Norway AS |
| WorldVu Australia Pty Ltd. |
| WorldVu Development LLC |
| WorldVu JV Holdings LLC |
| WorldVu Mexico, S. DE R. L. DE C.V. |
| WorldVu Satellites Limited |
| WorldVu South Africa (Pty) Ltd. |
| WorldVu Unipessoal Lda |

| Debtor name | OneWeb Global Limited, et al. |
|---|---|

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

Case No. (If known) _____

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Reported on a Consolidated Basis)[1]

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff [2] | Unsecured claim |
| 1 | Arianespace<br>Boulevard de l'Europe<br>Evry-Courcouronnes, 91006<br>France | Arianespace<br>Attn: Michel Doubovick<br>Tel: +330160876000<br>Email: m.doubovick@arianespace.com | AP Trade | | | | $238,137,447.58 |
| 2 | Qualcomm Technologies Inc<br>File No. 748382<br>Los Angeles, CA 90074-8382 | Qualcomm Technologies Inc<br>Attn: Mario Scipione<br>Tel: 858-651-0529<br>Email: mscipion@qti.qualcomm.com | AP Trade | | | | $8,000,000.00 |
| 3 | Deloitte Touche Tohmatsu Ltd<br>P.O. Box 844736<br>Dallas, TX 75284-4736 | Deloitte Touche Tohmatsu Ltd<br>Attn: Leah Albeck<br>Tel: 212-436-5980<br>Email: lealbeck@deloitte.com | Professional | | | | $6,861,336.01 |
| 4 | Hughes Network Systems, LLC<br>P.O. Box 64136<br>Baltimore, MD 21264 | Hughes Network Systems, LLC<br>Attn: Hope Swartz<br>Tel: 301-212-1011<br>Email: Hope.swartz@hughes.com | AP Trade | | | | $5,352,750.51 |
| 5 | Deutsche Bank<br>1 Wall St<br>New York, NY 10005 | Deutsche Bank<br>Attn: Vaibhav Lohiya<br>Tel: SynOps: 201-593-6919<br>Email: vaibhav.lohiya@db.com | AP Trade | Disputed | | | $5,200,734.82 |

[1] The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtors with respect to all or any portion of the claims listed below. Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date.

[2] The Debtors reserve the right to assert setoff and other rights with respect to any of the claims listed herein.

**Debtor name** OneWeb Global Limited, et al.     **Case No. (If known)** _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Wipro Ltd  2 Tower Center Blvd, Ste 2200  East Brunswick, NJ 08816 | Wipro Ltd  Attn: Venkata Thallapalli  Email: venkata.thallapalli@wipro.com | AP Trade | | | | $2,470,647.25 |
| 7  Willis Towers Watson PLC  New York, NY 10249-4557 | Willis Towers Watson PLC  Attn: Mark Quinn  Tel: 301-581-4264  Email: mark.quinn@WillisTowersWatson.com | Insurance | Contingent | | | $1,899,895.09 |
| 8  Viasat  6155 El Camino Real  Los Angeles, CA 92009 | Viasat  Attn: Andy Anderson  Tel: 678-924-2753  Email: andy.anderson@viasat.com | AP Trade | | | | $1,225,000.00 |
| 9  Nokia Corp  25 Martin Linges vei Fornebu  Bærum, 1364  Norway | Nokia Corp  Attn: Earl Clark  Tel: +35871400400  Email: earl.clark@nokia.com | AP Trade | | | | $988,051.09 |
| 10  Redapt, Inc  14051 NE 200th St  Woodinville, WA 98072 | Redapt, Inc  Attn: Bert Forderer  Tel: 425-605-7151  Email: bertf@redapt.com | AP Trade | | | | $662,275.85 |
| 11  Rockwell Collins Inc  400 Collins Rd  Cedar Rapids, IA 52498 | Rockwell Collins Inc  Attn: Jennelle Silkert  Tel: 319-295-1000  Email: jennelle.silkert@collins.com | AP Trade | | | | $596,775.73 |

**Debtor name**   OneWeb Global Limited, et al.                                    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12  Mcdermott Will & Emery LLP<br>340 Madison Ave<br>New York, NY 10173-1922 | Mcdermott Will & Emery LLP<br>Tel: 212-547-5535<br>Email: eherrera@mwe.com | Professional | | | | $546,786.00 |
| 13  USSI Global<br>9145 Ellis Rd<br>Melbourne, FL 32904 | USSI Global<br>Attn: Dave Christiano<br>Tel: 321-723-5395<br>Email: dave.christiano@ussiglobal.com | AP Trade | | | | $501,477.09 |
| 14  RUAG<br>Accounting, Stachegasse 16<br>1120 Vienna<br>Austria | RUAG<br>Attn: Andreas Derntl<br>Tel: +43-1-801 99-0<br>Email: Andreas.derntl@ruag.com | AP Trade | Disputed | | | $328,152.00 |
| 15  NTT Communications Corp<br>2-3-1 Oteamchi Chiyoda-Ku<br>Tokyo<br>Japan | NTT Communications Corp<br>Attn: Hiromu Inoue<br>Email: hiromu.inoue@ntt.com | AP Trade | | | | $195,502.11 |
| 16  Capgemini America, Inc<br>012663 Collection Center Dr<br>Chicago, IL 60693 | Capgemini America, Inc<br>Attn: Arun Santhanam<br>Email: arun.santhanam@capgemini.com | AP Trade | | | | $175,514.62 |
| 17  Salesforcecom Inc<br>P.O. Box 203141<br>Dallas, TX 75320-3141 | Salesforcecom Inc<br>Tel: 415-901-8457<br>Email: billing@salesforce.com | AP Trade | | | | $145,544.47 |
| 18  Shearman & Sterling LLP<br>401 9th St NW, Ste 800<br>Washington, DC 20004 | Shearman & Sterling LLP<br>Attn: Jay Singer<br>Tel: 212-848-4000<br>Email: jay.singer@shearman.com | Professional | | | | $129,444.75 |

**Debtor name** OneWeb Global Limited, et al.  Case No. (If known) _____

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19  Finding X<br>4-6 High St Dukes House, Ste 6<br>Windsor Berkshire, SL4 1LD<br>United Kingdom | Finding X<br>Attn: Chris Finch<br>Tel: +44 (0) 7901526119<br>Email: chris.finch@findingx.com | Professional | | | | $125,652.14 |
| 20  Kongsberg Satellite Services<br>38 Prestvannveien<br>Tromsø, N-9291<br>Norway | Kongsberg Satellite Services<br>Attn: Anders Saetermo<br>Tel: +77600250<br>Email: anders.saetermo@ksat.no | AP Trade | | | | $117,000.00 |
| 21  Mosaic Island<br>25 Moorgate<br>London, EC2R 6AY<br>United kingdom | Mosaic Island<br>Attn: Tony Walsh<br>Email: tony.walsh@mosaicisland.co.uk | Professional | | | | $106,124.51 |
| 22  Mission Microwave Technologies<br>9924 Norwalk Blvd<br>Santa Fe Springs, CA 90670 | Mission Microwave Technologies<br>Attn: Christie Camacho<br>Tel: 951-893-4925<br>Email: christie.camacho@missionmicrowave.com | AP Trade | | | | $102,501.24 |
| 23  Collabera Inc<br>Attn: Accounts Receivable<br>P.O. Box 19<br>Liberty Corner, NJ 07938-9800 | Collabera Inc<br>Attn: Nikul Parekh<br>Tel: 973-889-5200<br>Email: nikul.parekh@collabera.com | Professional | | | | $84,179.50 |
| 24  Additional Contract Services<br>Lockbox Dept CH14395<br>Palatine, IL 60055-4395 | Additional Contract Services<br>Attn: Joshua Urgent<br>Tel: 781-685-3827<br>Email: joshua.urgent@entegee.com | Professional | | | | $64,969.26 |

**Debtor name** OneWeb Global Limited, et al.                                    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 25  Quanta Consulting LLC  P.O. Box 86  Hanover, NH 03755 | Quanta Consulting LLC  Attn: Ryan Gardner  Tel: 802-735-7546  Email: Ryan@1010Holdings.com | Professional | | | | $62,500.00 |
| 26  DHG Dixon Hughes Goodman  P.O. Box 602828  Charlotte, NC 28260-2828 | DHG Dixon Hughes Goodman  Attn: Catherine DuBois  Tel: 703-970-0400  Email: Catherine.DuBois@dhg.com | Professional | | | | $56,700.00 |
| 27  Euroconsult  86 Blvd de Sebastopol  F- 75003 Paris  France | Euroconsult  Attn: Pacome Revillon  Tel: +33 (0)1 49 23 75 09  Email: revillon@euroconsult-ec.com | AP Trade | | | | $52,269.12 |
| 28  Hawaii Pacific Teleport, LP  P.O. Box 429  Makawao, HI 96768 | Hawaii Pacific Teleport, LP  Attn: Leeana Smith-Ryland  Tel: 808-674-9157  Email: lsmith-ryland@hawaiiteleport.com | AP Trade | | | | $50,000.00 |
| 29  FutureAerospace Hainan Ltd  33 33 Hairun Rd, 1st Fl  Sanya Tianya Hainan, B-A03  China | FutureAerospace Hainan Ltd  Attn: Rita Zhang  Tel: (010)82949816  Email: rita.zhang@futureaerospace.com | Professional | | | | $48,000.00 |
| 30  Emerging Markets Communications, LLC  1025 Connecticut Ave NW, Ste 1000  Washington, DC 20036 | Emerging Markets Communications, LLC  Attn: Mark Anastasio  Tel: 202-331-7751  Email: mdanastasio@emcommunicate.com | Professional | | | | $40,000.00 |

**ONEWEB LTD**

**OFFICER'S CERTIFICATE**

**March 27, 2020**

The undersigned hereby certifies that he is a director of OneWeb Ltd, a company incorporated under the laws of Malta (the "**Company**"), and further certifies that attached hereto as **Exhibit A** is a true, complete, and correct copy of resolutions adopted by the shareholders of the Company (the "**Shareholders**"). Such resolutions were duly and validly passed by the Shareholders on March 27, 2020 in accordance with the articles of association of the Company and the laws of Malta. All such resolutions are in full force and effect on the date hereof in the form in which adopted, without amendment, modification, or revocation.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned has duly executed and delivered this certificate as of the date first set forth above.

**ONEWEB LTD**

By: _____
Name: Steven Fay
Title: Director

_____

*[Signature page to officer certificate of OneWeb Ltd]*

# Exhibit A

## Resolutions

**RESOLUTIONS OF THE
THE SHAREHOLDERS OF
ONEWEB LTD**

**March 27, 2020**

**WHEREAS**, the Company's board of directors (the "**Board**") has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical and current performance of the Company, the assets and prospects of the Company, the current and long-term liabilities of the Company, the market for the Company's assets, and credit market conditions, and fully considered the strategic alternatives available to the Company; and

**WHEREAS**, the Board has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a reorganization case under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and

**WHEREAS**, the Board has determined that taking the actions set forth below are advisable and in the best interests of the Company and, therefore recommends that the Company's shareholders approve the resolutions set forth below.

**RESOLUTIONS**

**NOW, THEREFORE, BE IT**

**I.    Commencement of Chapter 11 Cases**

**RESOLVED**, that, in the judgment of the shareholders of the Company, it is in the best interests of the Company, and would promote the maximisation of the value of the Company for the benefit of its members, that a voluntary petition (the "**Petition**") be filed with the Bankruptcy Court by the Company commencing a case (the "**Chapter 11 Case**") under the provisions of the Bankruptcy Code; and it is further

**RESOLVED**, that any one of Adrian Steckel, Thomas Whayne, Steven Fay, Kathleen Guerere, any director of the Company, and any other officer of the Company specifically designated by the foregoing officers (each, an "**Authorized Person**"), in each case, acting singly or jointly, be, and each hereby is, authorized and empowered to execute and file in the name and on behalf of Company, to execute, acknowledge, deliver, and verify the Petition and to cause the same to be filed with the Bankruptcy Court at such time as such Authorized Person may determine; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized and empowered on behalf of the Company, to execute, acknowledge, deliver and verify and file any and all petitions, schedules, statements of affairs, lists, motions, applications, and other papers and to take any and all

related actions that such Authorized Persons may deem necessary or proper in connection with the filing of the Petition and commencement of the Chapter 11 Case; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized and empowered from time to time in the name and on behalf of the Company, to perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the Authorized Person performing or executing the same shall approve, and the performance or execution thereof by such Authorized Person shall be conclusive evidence of the approval thereof by such Authorized Person and by the Company; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized and empowered from time to time in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions, as in the judgment of such Authorized Persons, shall be necessary, proper and desirable to prosecute to a successful completion the Chapter 11 Case and to effectuate the restructuring, reorganization, sale or liquidation of the Company's assets, refinancing, restructuring or other transaction with respect to, its debt, other obligations, organizational form and structure or ownership of the Company, and to carry out and put into effect the purposes of these resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

## II.   Retention of Advisors

**RESOLVED**, that the law firm of Milbank LLP, located at 55 Hudson Yards, New York, NY 10001, is hereby retained as attorneys for the Company in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that Guggenheim Securities, LLC, located at 330 Madison Avenue, New York, NY 100017, is hereby retained as investment banker for the Company Parties in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that FTI Consulting, Inc., located at 8251 Greensboro Drive, Suite 400, McLean, VA 22102, is hereby retained as financial advisor for the Company Parties in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that Omni Agent Solutions, located at 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, is hereby retained as claims, noticing and solicitation agent for the Company Parties in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

## III.   Debtor-In-Possession Financing and Use of Cash Collateral

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to negotiate for and obtain post-petition financing according to terms to be negotiated by management of the Company, including under debtor-in-possession credit facilities, and to execute and deliver agreements regarding the use of cash collateral or other similar arrangements, including, without limitation, to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements or other similar arrangements; and, in connection therewith, the Authorized Persons be, and each of them hereby is, authorized and empowered to execute appropriate loan agreements, guarantees, cash collateral agreements, and related ancillary documents;

IV. **General Authorization and Ratification**

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Authorized Persons, each Authorized Person (and his designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Person's (or his designees' or delegates') judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED,** that in addition to the specific authorizations heretofore conferred upon each Authorized Person (or, in the case of any document requiring execution as a deed, any two directors or any one director and the Company secretary or any director in the presence of a witness who attests to their signature) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to execute on behalf of the Company any and all such other agreements, agreements, deeds, consents, notices, applications, certificates, authorities, letters, instruments, undertakings or other documents, in each case as in the judgment of the person(s) executing the same on behalf of the Company, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED**, that each shareholder of the Company has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the articles of association of the Company, or hereby waives any right to have received such notice; and it is further

**RESOLVED**, that all actions and transactions heretofore taken, and all agreements, instruments, reports and documents executed, delivered or filed through the date hereof, by any manager or Authorized Person of the Company in, for and on behalf of the Company, in connection with the matters described in or contemplated by the foregoing resolutions, are hereby in all respects approved, adopted, ratified and confirmed in all respects as the true acts and deeds of the Company as of the date such action or actions were taken; and it is further

**RESOLVED**, that these resolutions may be executed in several counterparts (including by facsimile or electronic means (including, without limitation, PDF)), each of which shall be deemed to be an original instrument.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OneWeb Ltd, | ) | Case No. 20-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF EQUITY HOLDERS

Pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having an equity ownership interest, in the above-captioned debtor in possession.

| **Debtor** | **Equity Holder** | **Address of Equity Holder** | **Percentage of Equity Held** |
|---|---|---|---|
| OneWeb Ltd | OneWeb Network Access Holdings Limited | West Works Building 195 Wood Lane, London W12 7FQ, U.K. | 99% |
| | Network Access Associates Limited | West Works Building 195 Wood Lane, London W12 7FQ, U.K. | 1% |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>OneWeb Ltd,<br><br>               Debtor. | )<br>)  Chapter 11<br>)<br>)  Case No. 20-_____ (___)<br>)<br>)<br>) |

## CORPORATE OWNERSHIP STATEMENT

OneWeb Ltd is 99% owned by affiliated debtor OneWeb Network Access Holdings Limited. OneWeb Network Access Holdings Limited is a wholly-owned subsidiary of affiliated debtor Network Access Associates Limited. Network Access Associates Limited is a wholly-owned subsidiary of affiliated debtor WorldVu Satellites Limited. WorldVu Satellites Limited is a wholly-owned subsidiary of affiliated debtor OneWeb Communications Limited, which is a wholly-owned subsidiary of affiliated debtor OneWeb Global Limited. Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of OneWeb Global Limited's equity interest:

| Shareholders | Approximate Percentage of Shares Held |
|---|---|
| Softbank Group Corp. | 37.41% |
| Qualcomm Global Trading Pte. Ltd. | 15.93% |
| 1110 Ventures, LLC | 11.94% |

**Fill in this information to identify the case and this filing:**

Debtor Name: OneWeb Ltd

United States Bankruptcy Court for the: Southern District of New York (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  List of Equity Security Holders, Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/27/2020    ✗ /s/ Steven Fay
MM / DD / YYYY    Signature of individual signing on behalf of debtor

Steven Fay
Printed name

Authorized Signatory
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**